**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00498-CV**
_____

**AARON NICHOLAS THOMAS, Appellant**

**V.**

**STEVE H. DURGIN, Appellee**

On Appeal from the County Court at Law No. 3
Montgomery County, Texas
Trial Cause No. 25-09-14607

**MEMORANDUM OPINION**

Aaron Nicholas Thomas filed a notice of appeal "regarding the Protective Order and emergency relief matters" in Trial Cause Number 25-09-14607. Through a letter issued by the Clerk of the Court, we notified the parties that it appears the order being appealed is neither a final judgment nor an appealable order. The Court requested written replies from the parties no later than Monday, December 29, 2025, and the Clerk warned the parties that unless our jurisdiction is established, the Court

1

would dismiss the appeal for lack of jurisdiction without further notice. *See* Tex. R. App. P. 42.3(a). To date, the Court has not received a response to the Clerk's notice.

The appellant failed to comply with a notice from the Clerk requiring a response or other action within a specified time. *See id.* 42.3(c). Accordingly, we dismiss the appeal for want of prosecution. *Id.* 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on August 12, 2026
Opinion Delivered August 13, 2026

Before Golemon, C.J., Johnson and Chambers, JJ.